# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-35-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **PRELIMINARY ORDER OF FORFEITURE** |
| **DALYN IVEY JOHNSON,** | |
| **Defendant.** | |

Before the Court is the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 25). Defendant Dalyn Ivey Johnson appeared before the Court on May 29, 2025, and entered a plea of guilty to Counts 1 and 2 of the Indictment. Johnson's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 25) is GRANTED.

IT IS FURTHER ORDERED that Dalyn Ivey Johnson's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Ruger, model 9E, 9mm caliber pistol, serial no. 335-46451;
- Any associated accessories and ammunition, including 17 rounds of Hornady 9mm ammunition

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Mr. Johnson at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this _2nd_ day of June, 2025.

Susan P. Watters, District Judge
United States District Court